LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
SAUL HEREDIA BOJORQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>vs.<br><br>SAUL ADRIAN HEREDIA BOJORQUEZ, and<br>DOROTEO ASUERES GARCIA,<br><br>                     Defendants. | Case No.: 2:19-cr-0168 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT<br><br>Date:        July 22, 2021<br>Time:        10:00 a.m.<br>Court:       Hon. Morrison C. England, Jr. |

        The parties to this action, Plaintiff United States of America by and through Assistant

United States Attorney James Conolly, Defendant Adrian Heredia Bojorquez by and through

Attorney Todd D. Leras, and Defendant Doroteo Asueres Garcia by and through Assistant

Federal Defender Mia Crager, stipulate as follows:

        1.    This matter is presently set for a status conference on July 22, 2021.

ORDER CONTINUING STATUS
CONFERENCE

2. By this Stipulation, Defendants Heredia Bojorquez and Asueres Garcia request to continue the status conference as to their matters to September 9, 2021, and to exclude time between July 22, 2021 and September 9, 2021, under Local Code T4. Defendant Angel Jovani Barraza Garcia's status conference will remain on calendar for July 22, 2021.

3. This matter involves an alleged conspiracy to distribute heroin.  Prosecution of the matter originated in San Joaquin County Superior Court.  It was adopted for federal prosecution based on a criminal complaint and supporting affidavit in early September 2019.

4. Defendants Heredia Bojorquez and Asueres Garcia remain in pre-trial custody.  Their primary language is Spanish.  Each requires the assistance of a Spanish language interpreter to discuss significant legal matters.  The United States has provided defense counsel with discovery in the matter.  Counsel for Heredia Bojorquez and Asueres Garcia have initiated review of the discovery with their respective clients and each have prepared to conduct defense investigation.  This occurred just as state and national events unfolded regarding spread of COVID-19.

5. A series of General Orders issued by the Chief Judge for the Eastern District of California, including General Orders 612, 617, 618, 624, and 630 restricted public access to federal courthouses within the district from March 18, 2020, until June 14, 2021.  On May 26, 2021, General Order 631 authorized public access to courthouses within the district, subject to masking and social-distancing measures.  It also authorized district judges, at their discretion, to conduct hearings either in person or

ORDER CONTINUING STATUS
CONFERENCE

by telephone or videoconferencing.

6. Measures taken to mitigate the pandemic have hampered or delayed defense counsel in performing investigation and other case preparation efforts.  Counsel for Defendants Heredia Bojorquez and Asueres Garcia therefore desire additional time to review the charges and discovery, conduct investigation, and consult with their respective clients regarding potential defenses in this matter as well as the potential for resolution through negotiated disposition of the matter.

7. Counsel for Defendants Heredia Bojorquez and Asueres Garcia believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, considering the exercise of due diligence.

8. The government does not object to the continuance.

9. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the Defendants in a trial within the time prescribed by the Speedy Trial Act, 18 U.S.C. § 3161, et. seq.  For the purpose of computing time under the Speedy Trial Act within which trial must commence, the time period from July 22, 2021 to September 9, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at Defendants' request on the basis that the Court find the ends of justice served by taking such action outweigh the best interest of the public and the Defendants in a speedy trial.

10. Nothing in this Stipulation and Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the

ORDER CONTINUING STATUS CONFERENCE

period within which trial must commence.

Assistant U.S. Attorney James Conolly, and Assistant Federal Defender Mia Crager on behalf of Defendant Doroteo Asueres Garcia have reviewed this document and authorized Todd D. Leras via email to sign it on their behalf.

DATED:  July 19, 2021

By ____/s/ *Todd D. Leras for*_____
JAMES CONOLLY
Assistant United States Attorney

DATED:  July 19, 2021

By ____/s/ *Todd D. Leras for*_____
MIA CRAGER
Assistant Federal Defender
OFFICE OF THE FEDERAL
DEFENDER
Attorney for Defendant
DOROTEO ASUERES GARCIA

DATED:  July 19, 2021

By ____/s/ *Todd D. Leras*_____
TODD D. LERAS
Attorney for Defendant
SAUL BARRAZA GARCIA

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE GOVERNMENT AND DEFENSE COUNSEL FOR DEFENDANTS SAUL HEREDIA BOJORQUEZ AND DOROTEO ASUERES GARCIA, it is hereby ordered that the status conference, scheduled for July 22, 2021, is vacated as to their matters.  The status conference for Defendant Angel Jovani Barraz Garcia shall remain on calendar on July 22, 2021.  A new status conference for Defendants Heredia Bojorquez and Doroteo Asueres Garcia is scheduled for September 9, 2021, at 10:00 a.m.  The Court further finds, based on the representations of the parties and Defendants' request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendants in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), B(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from July 22, 2021, up to and including September 9, 2021.

IT IS SO ORDERED.

Dated:  July 21, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS
CONFERENCE