LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
SAUL HEREDIA BOJORQUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAUL ADRIAN HEREDIA-BOJORQUEZ,<br><br>Defendant. | Case No.: 2:19-cr-0168 TLN<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE INVESTIGATION REPORT DISCLOSURE SCHEDULE<br><br>Court:   Hon. Troy L. Nunley<br>Date:    May 12, 2022<br>Time:    9:30 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney James Conolly and Attorney Todd D. Leras on behalf of Defendant Saul Heredia Bojorquez, submit this request to continue the date presently set for Judgment and Sentencing in the above-referenced matter from May 12, 2022 to August 18, 2022.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Defendant is detained at the Sacramento County Main Jail and requires the assistance of a Spanish language interpreter.  Defense counsel requires additional time to prepare for the Sentencing Hearing.  The government does not object to the requested continuance.  The assigned probation officer has confirmed her availability on the requested date.  The government, defense counsel, and the probation officer propose adjustment of the previously set disclosure schedule as follows:

1. Draft Pre-Sentence Investigation Report Disclosure Date:  July 7, 2022;

2. Informal Objections to Draft Pre-Sentence Report:  July 21, 2022;

3. Final Pre-Sentence Report Date:   July 28, 2022;

4. Motion for Correction Date:  August 4, 2022; and

5. Reply Date:  August 11, 2022.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney James Conolly approved of the proposed dates and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED:  May 3, 2022

By   */s/ Todd D. Leras for*
JAMES CONOLLY
Assistant United States Attorney

DATED: May 3, 2022

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
SAUL HEREDIA BOJORQUEZ

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to August 18, 2022, at 9:30 a.m.  The Court adopts the modified Pre-Sentence Investigation Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.


DATED:  May 4, 2022

_____
Troy L. Nunley
United States District Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE