UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
AUGUST 18, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

SAUL ADRIAN HEREDIA-BOJORQUEZ,

    Defendant.

Case No. 2:19-CR-00168-TLN-02

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release SAUL ADRIAN HEREDIA-BOJORQUEZ, Case No. 2:19-CR-00168-TLN-02, Charge 21 U.S.C. §§ 846 and 841(a)(1), from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond    $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): Sentenced to TIME SERVED.

Issued at Sacramento, California on August 18, 2022.

Troy L. Nunley
United States District Judge